# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 5076
NEWARK, NJ 07101
973-297-4887

June 7, 2019

## LETTER ORDER

Re: *Alexandre v. Costco Wholesale Corp., et al.*
**Civil Action No. 19-6286 (ES) (MAH)**

Dear Parties:

On March 8, 2019, Plaintiff Marie Alexandre moved to remand this action to the Superior Court of New Jersey, Essex County. (D.E. No. 5). On May 21, 2019, the Honorable Michael A. Hammer, U.S.M.J., issued a Report and Recommendation that the Undersigned grant Plaintiff's motion to remand. (D.E. No. 10). The parties had fourteen days to file and serve any objections to Magistrate Judge Hammer's Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). To date, neither party has filed any objections.

Having reviewed the parties' submissions and Magistrate Judge Hammer's Report and Recommendation, and for the reasons stated therein,

IT IS on this 7th day of June, 2019,

**ORDERED** that this Court ADOPTS Magistrate Judge Hammer's Report and Recommendation in full, as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's motion to remand is GRANTED; and it is further

**ORDERED** that this matter is REMANDED to the Superior Court of New Jersey, Law Division, Essex County; and it is further

**ORDERED** that the Clerk of Court shall TERMINATE docket entry numbers 5 and 10.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**